IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>BEE WORLD INC. d/b/a SUNRISE LOGISTICS,<br><br>               Defendant. | Court No.:<br><br>Judge:<br><br>**Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff" or "Coyote") by and through its attorneys, ORLEANS CANTY NOVY, LLC, and as and for its Complaint against Defendant, BEE WORLD INC. d/b/a SUNRISE LOGISTICS ("Defendant" or "Sunrise Logistics") states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, Sunrise Logistics was a California corporation and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Sacramento, California.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1332, 1337, as the amount in controversy exceeds $75,000 and the parties have complete diversity of citizenship.

4. Venue is also appropriate in this District because Plaintiff and Sunrise Logistics entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and Sunrise Logistics to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as Exhibit 1.

## COUNT I - BREACH OF INDEMNIFICATION AGREEMENT

5. On or about September 15, 2020, Plaintiff, in its capacity as a freight broker and on behalf of its customer, OneSource Distribution, tendered a load of cargo to Sunrise Logistics for transportation in interstate commerce from Hackettstown, New Jersey to Antioch, California with Bill of Lading Number 04014300308542389.

6. At the time the cargo was tendered to, and received by Sunrise Logistics, it was in good order and condition as acknowledged on the Bill of Lading issued for the shipment.

7. During transit, the tractor-trailer was involved in a motor vehicle accident and the load was deemed a loss.

8. On or about September 15, 2020, Sunrise Logistics received and accepted the subject cargo in good order and condition and suitable in every respect for the subject transportation.

9. Sunrise Logistics failed to deliver the cargo in good order and condition.

10. The value of the cargo, as shown on the damage claim issued by OneSource was $137,906.13.

11. Plaintiff paid $137,906.13 to its customer, OneSource, for the cargo loss.

12. At all times relevant, there was a Broker-Carrier Agreement entered into between Plaintiff and Sunrise Logistics. *See* Ex. 1.

13. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

14. The Broker-Carrier Agreement requires Sunrise Logistics to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* Ex. 1 at Paragraph 10.

15. Plaintiff demanded, and continues to demand, that Sunrise Logistics indemnify Plaintiff in the amount of $137,906.13 for the cargo loss.

16. Sunrise Logistics is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $137,906.13 against Defendant, Sunrise Logistics, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 6th day of January, 2023

    Respectfully Submitted,

    Plaintiff, COYOTE LOGISTICS, LLC

    */s/ Jason Orleans*
    One Of Its Attorneys
    ORLEANS CANTY NOVY, LLC

Jason Orleans (ARDC #6258048)
Nicky M. Priovolos (ARDC #6321326)
Orleans Canty Novy LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
F: (847) 625-8262
Service@ocnlaw.com