# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Coyote Logistics, LLC

        Plaintiff,

v.              Case No.: 1:23−cv−00087
                Honorable Sunil R. Harjani

Bee World Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

   MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation [76], this case is hereby dismissed with prejudice, each party to bear their own costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.